1   MARK R. THIERMAN (Cal. State Bar No. 72913)
    THIERMAN LAW FIRM
2   7287 Lakeside Drive
    Reno, Nevada  89511
3   Telephone:    (877) 995-2267
    Facsimile:    (775) 703-5027
4

5   H. Tim Hoffman (Cal State Bar No. 49141)
    HOFFMAN & LAZEAR
    180 Grand Avenue, Suite 1550
6   Oakland, CA  94612

7   Attorneys for Plaintiffs J. Steven Wiley and James D. Harris on
    behalf of themselves, the general public, and all others similarly
8   situated

9                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11

12
    J. STEVEN WILEY and JAMES D.          No. C-04-4321-SBA
13  HARRIS on behalf of themselves, the
    general public, and all others similarly   **NOTICE OF MOTION AND MOTION FOR**
14  situated,                                  **CLASS CERTIFICATION**

15                  Plaintiffs,           **Date:** August 9, 2005

16          v.                            **Time:** 1:00 pm

17  TRENDWEST RESORTS, INC. (TRI), a      **Honorable Saundra Brown Armstrong**
    foreign corporation, and Does 1-10,
18                                        **Courtroom 3, 3rd Floor**
            Defendants.
19

20

21          NOTICE IS HEREBY GIVEN that on August 9, 2005 at 1:00 p.m., or as

22  soon thereafter as the matter may be heard, in the above-entitled court, Plaintiff will move

23  the court as follows:

24          1.      For class certification of all employees employed as sales representatives by

25  the Defendant Trendwest Resorts within the last four years of the filing of this lawsuit on

26  the grounds that commonality, typicality, and numerousity are established for this

    proposed class mainly by the records produced and by the declarations filed herewith.

1

2   Dated:  June 27, 2005                    THIERMAN LAW FIRM

3

4                                           By: _____ /S/ _____
                                                      Mark R. Thierman
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26